IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-489-RJC-DCK

| | |
|---|---|
| HEIDI R. JEANRENAUD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, AMERICAN INTERNATIONAL GROUP, INC., and AMERICAN INTERNATIONAL GROUP, INC. WELFARE BENEFITS PLAN (NO TRUST), | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Thomas G. Hooper, concerning D. Larry Kristinik III on November 16, 2018. Mr. D. Larry Kristinik III seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. D. Larry Kristinik III is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: November 19, 2018

David C. Keesler
United States Magistrate Judge