# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-489-RJC-DCK

| | |
|---|---|
| HEIDI R. JEANRENAUD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES LIFE INSURANCE ) <br> COMPANY IN THE CITY OF NEW YORK, ) <br> AMERICAN INTERNATIONAL GROUP, ) <br> INC., and AMERICAN INTERNATIONAL ) <br> GROUP, INC. WELFARE BENEFITS PLAN ) <br> (NO TRUST), ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Amend Scheduling Order" (Document No. 21) filed August 30, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Amend Scheduling Order" (Document No. 21) is **GRANTED**. The deadline to file dispositive motions is extended to **September 27, 2019**.

Signed: August 30, 2019

David C. Keesler
United States Magistrate Judge