UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00489-RJC-DCK

| HEIDI R. JEANRENAUD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, AMERICAN INTERNATIONAL GROUP, INC., and AMERICAN INTERNATIONAL GROUP, INC. WELFARE BENEFITS PLAN (NO TRUST) | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Continuance of Trial Date. (Doc. No. 24.) A bench trial is currently set for November 4, 2019. The parties state that they have reached an agreement in principle for the resolution of this matter and are in the process of preparing a formal settlement agreement. As a result, the parties move for a continuance of the trial date.

The Joint Motion for Continuance of Trial Date is taken under advisement. All trial deadlines are stayed. A status conference is set for November 13, 2019 at 10:00 a.m.

Signed: October 30, 2019

Robert J. Conrad, Jr.
United States District Judge